■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JERALD WALDEN, Appellant. [714 NYS2d 922] —Judgment unani-

mously affirmed. Memorandum: The conviction is supported by legally sufficient evidence and the verdict is not against the weight of the evidence (*see, People v Bleakley,* 69 NY2d 490, 495). Defendant's remaining arguments are unpreserved for our review (*see,* CPL 470.05 [2]) and in any event are without merit. (Appeal from Judgment of Monroe County Court, Egan, J.—Robbery, 3rd Degree.) Present—Pigott, Jr., P. J., Hayes, Wisner, Scudder and Balio, JJ.